*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
TANG, LAWRENCE, and C. STEPHENS
Appellate Military Judges

_____

## UNITED STATES
Appellee

**v.**

### Joshua D. EOFF
Hospitalman (E-3), U.S. Navy
Appellant

### No. 201900151

Decided: 30 September 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Captain Stephen Reyes, JAGC, USN. Sentence adjudged 13 March 2019 by a special court-martial convened at U.S. Naval Forces, Japan, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 127 days, and a bad-conduct discharge[1].

For Appellant: Commander Mark Takla, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1] The Convening Authority suspended confinement in excess of 6 months pursuant to a pretrial agreement.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court